FILED

2021 FEB 16 PM 12:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY DVE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER 8:21-MJ-00106-DUTY |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF(S) | 21-MJ-232 |
| v. | | |
| Christian Alexander Secor | | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| | DEFENDANT(S). | |

The above-named defendant was charged by: __Criminal Complaint__
in the __United States District Court__ District of __Columbia__ on __02/13/2021__
at __9:40__ ☑ a.m. / ☐ p.m. The offense was allegedly committed on or about __01/06/2021__
in violation of Title __18/40__ U.S.C., Section(s) 18 U.S.C. § 111(a)(1), § 2
to wit: (Assaulting, Resisting or Impeding Officers Defendant- and Aiding and Abetting)
: 18 U.S.C. § 231(a)(3), § 2
: (Civil Disorder and Aiding and Abetting)
A warrant for defendant's arrest was issued by: ZIA M. FARUQUI  :18 U.S.C. § 1512(c)(2)
U.S. MAGISTRATE JUDGE  : (Obstructing an Official Proceeding)
:18 U.S.C. § 1752(a)(1) and (2)
Bond of $ _____ was ☐ set / ☐ recommended.  : (Entering and Remaining on Restricted Building or Grounds)
:40 U.S.C. § 5104(e)(2)
: (Violent Entry or Disorderly Conduct)

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/16/2021__
           Date

_/s/ [signature]_                           Isaac J. Alvarado
Signature of Agent                          Print Name of Agent

__FBI__                                     __Special Agent__
Agency                                      Title