| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2021 FEB 16  AM 10: 58 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY ___ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V.  PLAINTIFF | CASE NUMBER: 21-MJ-232  8:21-MJ-00106-DUTY |
|---|---|
| Christian Alexander Secor  USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: February, 16, 2021 at 6:15   ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
   18 U.S.C. § 111 (a)(1), § 2- Assaulting, Resisting or Impeding Officers and Aiding and Abetting;
   18 U.S.C. § 231(a)(3), § 2 - Civil Disorder;
   18 U.S.C. 1752 (a)(1) and (2) - Entering and Remaining on Restricted Building or Grounds ;
   40 U.S.C. § 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds.

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1998

8. Defendant has retained counsel:  ☐ No
   ☑ Yes  Name: Jason Vandyke   Phone Number: 940-305-9242

9. Name of Pretrial Services Officer notified: Duty agent emailed

10. Remarks (if any): _____

11. Name: Isaac J. Alvarado   (please print)

12. Office Phone Number: 213-264-7830   13. Agency: FBI

14. Signature: _____   15. Date: 02/16/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION