## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:**  8:21-mj-00106-DUTY |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **CHRISTIAN SECOR,** | : | **18 U.S.C. § 111(a)(1), § 2** |
| | : | **(Assaulting, Resisting or Impeding Officers** |
| **Defendant.** | : | **and Aiding and Abetting)** |
| | : | |
| | : | **18 U.S.C. § 231(a)(3), § 2** |
| | : | **(Civil Disorder and Aiding and Abetting)** |
| | : | |
| | : | **18 U.S.C. § 1512(c)(2)** |
| | : | **(Obstructing an Official Proceeding)** |
| | : | |
| | : | **18 U.S.C. § 1752(a)(1) and (2)** |
| | : | **(Entering and Remaining on Restricted** |
| | : | **Building or Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)** |
| | : | **(Violent Entry or Disorderly Conduct)** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Benjamin A. Elliott, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT

1.      This Affidavit is submitted in support of a Criminal Complaint charging
CHRISTIAN SECOR with criminal conduct in connection with the riots at the U.S. Capitol on
January 6, 2021.  As set forth herein, I respectfully submit that this affidavit establishes probable
cause that SECOR committed violations of 18 U.S.C. § 111, § 2 (Assaulting, Resisting or Impeding
Officers and Aiding and Abetting); 18 U.S.C. § 231(a)(3), § 2 (Civil Disorder and Aiding and
Abetting); 18 U.S.C. § 1512 (Obstruction), 18 U.S.C. § 1752(a)(1) and (2) (Restricted Building or
Grounds), and 40 U.S.C. § 5104(e)(2) (Violent Entry and Disorderly Conduct).

1

**BACKGROUND OF AFFIANT**

2.      Your affiant is employed as a Special Agent at the Federal Bureau of Investigation (FBI), and has been so employed since December 21, 2020. Currently, I am assisting in the investigation of criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

3.      Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports.  Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States.  The dates listed in this Affidavit should be read as "on or about" dates.

**PROBABLE CAUSE**

***The Incursion at the Capitol***

4.      The United States Presidential Election occurred on November 3, 2020.

5.      The United States Electoral College is a group required by the Constitution to form every four years for the sole purpose of electing the president and vice president, with each state appointing its own electors in a number equal to the size of that state's Congressional delegation.

6.      On December 14, 2020, the presidential electors of the U.S. Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won the sufficient votes to be elected the next president and vice president of the United States.

7.      On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate convened in the United States Capitol building ("the Capitol") to

certify the vote of the Electoral College of the 2020 U.S. Presidential Election ("Electoral College vote").

8.      The United States Capitol is secured 24 hours a day by United States Capitol Police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building. The entire Capitol complex—including the Capitol building, the Capitol Visitor Center, and Capitol grounds to include the entire exterior plaza—was barricaded and off limits to the public on January 6, 2021

9.      On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building to certify the Electoral College vote. Vice President Michael R. Pence, in his constitutional duty as President of the Senate, presided over the Joint Session. Vice-President-Elect Kamala D. Harris, in her role as a Senator representing the State of California, was also present.

10.     A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway. Crowd members eventually forced their way through, up, and over Capitol Police barricades and advanced to the building's exterior façade. Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to which the doors and windows were locked or otherwise secured. Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers. Other crowd members encouraged and otherwise assisted the forced entry. The crowd was not lawfully authorized to enter or remain inside the Capitol, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

11.     Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence and Vice-President Elect Harris)—who had withdrawn to separate

chambers to resolve an objection—were evacuated from their respective chambers. The Joint Session and the entire official proceeding of the Congress was halted while Capitol Police and other law enforcement officers worked to restore order and clear the Capitol of the unlawful occupants.

12.     Later that night, law enforcement regained control of the Capitol. At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, and attended by Vice-President-Elect Harris, both of whom had remained within the Capitol building throughout these events.

13.     In the course of these events, approximately 81 members of the Capitol Police and 58 members of the Metropolitan Police Department were assaulted. Additionally, one subject was shot and killed while attempting to enter the House chamber through broken windows; many media members were assaulted and had cameras and other news gathering equipment destroyed; and the Capitol suffered millions of dollars in damage—including broken windows and doors, graffiti, and residue of various pepper sprays, tear gas, and fire extinguishers deployed both by crowd members who stormed the Capitol and by Capitol Police officers trying to restore order.

*SECOR's Participation in the U.S. Capitol Incursion*

14.     Between approximately January 17 and January 22, 2021, the FBI reviewed media sent to the FBI media submission portal and/or FBI tipline for the U.S. Capitol Incident from at least 11 individual tipsters who identified Christian Alexander SECOR as a person who illegally entered the U.S. Capitol building January 6, 2021.  These tipsters provided images and videos of SECOR inside the U.S. Capitol Building, both standing on the floor of the Senate chamber, and sitting in the Chair of the Presiding Officer on the upper tier of the two-tiered dais at the head of the Senate chamber.  This seat is normally occupied by either the Vice President of the United States and President of the Senate, the President Pro Tempore, or another Senator acting as the

4

Presiding Officer.  These images were widely circulated via both mainstream news outlets and on social media platforms.

15.     In the media submitted by individual tipsters and reviewed by your affiant, the subject later identified as SECOR can be seen wearing a red Make America Great Again hat with several stickers, including a blue circle with letters AF in white writing on the bill, a black jacket, black gloves, tan pants, and a T-shirt with an adulterated American flag and the letters "IMER" visible in white writing. The subject is also carrying a large blue flag with "America First" in white writing attached to a white pole. See Figures 1-4 below.



*Figure 1*



16.     Your affiant reviewed a video filmed by The New Yorker magazine and aired on

---

¹ Figure 4 describes SECOR as a "Groyper." The Groypers are a network of alt right figures who are vocal supporters of white supremacist and "America First" podcaster Nick Fuentes.

MSNBC, showing individuals on the floor of the Senate chamber during the riot. The video shows SECOR sitting in the Chair of the Presiding Officer which had been occupied by the Vice President during the Senate proceedings earlier that day. Figure 5 (below) is a screenshot from the video showing SECOR in the Presiding Officer's chair, with what appears to be a blue America First flag propped against the wall behind his left shoulder.[2]



*Figure 4*

17.     The U.S. Capitol Police provided the FBI with videos and images from CCTV cameras inside of the Capitol building showing SECOR in various parts of the building, including the H227 Hallway (Figure 6), East Corridor near S306 (Figure 7), Senate Gallery SE near S309 (Figure 8), H230 Hallway (Figure 9), Rotunda Door Interior (Figure 10), and the Gallery Stairs (Figure 11). Figures 6 through 11 are screenshots from the CCTV videos. In each of these videos,

---

[2] The link to the original video can be found at https://www.newyorker.com/news/video-dept/a-reportersfootage-from-inside-the-capitol-siege. SECOR appears at approximately 4:25.

SECOR appears to be carrying the same blue America First flag.



*Figure 6 – H227 Hallway*



*Figure 7 - East Corridor near S306*



*Figure 8 - Senate Gallery SE near S309*



*Figure 9 - H230 Hallway*



*Figure 10 - Rotunda Door Interior*



*Figure 11 - Gallery Stairs*

18.    In one of the videos provided by the U.S. Capitol Police, SECOR can be seen among

a group of rioters attempting to push through a doorway that is blocked by no less than three police

officers, thereby impeding an the performance of their duties, and breaking through a police line.

12

Figure 12 is a screen capture from that video showing SECOR and the crowd pressing against the officers as they try to block the doorway.



*Figure 12*

19.     As a result of SECOR and others pushing on the double doors depicted in Figure 12, the doors opened, and dozens of additional rioters flooded into the building. The Capitol Police officers were shoved by the crowd, at times trapped between the doors and the crowd, and eventually pushed out of the way of the oncoming mob. Law enforcement's efforts to keep out the additional rioters were frustrated by the crowd inside pushing on the doors, including SECOR.

*Identification of SECOR*

20.     Several individuals submitted information to the FBI about SECOR's presence at the U.S. Capitol on January 6, 2021. The tipster, a current student at UCLA, submitted the image in Figure 1 (above), which they obtained from Twitter. The tipster identified the individual depicted as Christian SECOR, a UCLA student and founder of the campus organization "America First Bruins."

21.     Another individual submitted the images in Figure 2 and Figure 3 (above), which were also copied from Twitter.  The tipster also identified the person depicted as "Christian SECOR, aka "Scuffed Elliott Roger," a UCLA undergrad and member of America First Bruins and other Bruins Republican organizations that supported the U.S. Capitol riot on social media.

22.     A third tipster submitted a screenshot of a post on Twitter (Figure 4, above).  This individual stated the person pictured is Christian SECOR, who also goes by "Scuffed Elliot Rodger."

23.     The FBI conducted an open source search to locate and verify posts by the Twitter user mentioned by the tipsters.  The Twitter user provided pictures of SECOR at a rally in Huntington Beach, California and compared these photographs to those from the U.S. Capitol riots, identifying SECOR. See Figures 13 & 14, below.



*Figure 13*

14



*Figure 14*

24.     A fourth individual submitted the video filmed by The New Yorker, mentioned above at Figure 5. This individual also provided the following information:

    a.  The video shows Christian SECOR invading and occupying the U.S. Capitol, and sitting in "the Speakers Chair;"

    b.  SECOR is a UCLA undergraduate student and the President of the "America First Bruins;"

    c.  SECOR defines himself as a fascist;

    d.  SECOR has posted threats online and openly posted calls for America to become a whites-only nation.

25.     On January 25, 2021, the FBI Los Angeles Field Office interviewed the fourth tipster, who knows SECOR as a University of California Los Angeles student.  SECOR is well-known for his participation in the organization America First Bruins.  The tipster identified SECOR in a photograph provided by law enforcement (see Figure 15, below) based on their knowledge of

SECOR's appearance in or about January 2021. SECOR is known to follow an extreme ideology and invite white nationalists to speak at engagements on campus.

26.     On January 25, 2021, the FBI Los Angeles Field Office interviewed a fifth individual, who personally knows SECOR. The tipster was shown a picture (see Figure 15, below) and a video of SECOR on the floor of the Senate chamber at the U.S. Capitol, and confirmed his identity through their personal knowledge of SECOR's appearance in or about January 2021. According to this individual, upon returning from Washington D.C., SECOR moved back in with his mother in Costa Mesa, California. SECOR got rid of his phone and car and bragged that he would not be caught for his involvement at the U.S. Capitol.



*Figure 15 – Tipsters 4 and 5 identified SECOR in this picture when interviewed by the FBI*

27.     The FBI used database searches, open source searches (i.e., Internet searches), witness interviews, physical surveillance, and reporting from another law enforcement agency to independently confirm SECOR's identity, and to verify other information provided to the FBI tip

line. Your affiant compared a copy of SECOR's California driver's license photograph to the photographs above—based on your Affiant's review of the photographs, they appear to be the same person.

28.     In addition to the above steps taken to identify SECOR, law enforcement conducted surveillance of SECOR between January 25 and 28, 2021, observing him exit his mother's California residence and drive a vehicle registered to his father. Based on that surveillance, law enforcement agents confirmed that SECOR appears to be the person in the photographs inside the Capitol above.

*Ties to Extremist Groups*

29.     The FBI conducted an open source search and located posts by a Twitter user who posted screenshots from March 2020 of a Twitter account, @fullautonat, verified as belonging to SECOR. One screenshot shows the Twitter account for America First Bruins, listing @fullautonat, SECOR's Twitter handle, as President. See Figure 16 below.

30.     America First is a podcast founded by Person 1, a public figure known for making racist statements and denying the holocaust. Open source information revealed a tweet by SECOR's Twitter account, @fullautonat, in which SECOR is posing shaking hands with Personn 1. See Figure 17 below. The screenshot of this tweet shows that the vanity name associated with the account is "Christian 'Laser Eyes' Secor."



*Figure 16*



**Christian "Laser Eyes" Secor**
@fullautonat

Kinda epic doe?



*Figure 17*

18

31.     The FBI located additional information linking SECOR to the America First Bruins. Figure 18 shows UCLA student organization registry information for America First Bruins club, which lists SECOR as primary signatory. America First Bruins, and the Bruins Republicans, are well-known clubs on campus and SECOR is widely known by his association with both.



*Figure 18*

32.     The FBI conducted an open source search and located an article dated April 1, 2020, which features a series of screenshots from SECOR's Twitter account @fullautonat.[3]  In these posts, SECOR describes fascism as "epic;" valorizes the 2017 Charlottesville tiki torch march, which featured chants of "Jews will not <u>replace</u> us!;" encouraged followers to watch Person 1 "highlights;" states that he supports "nationalism everywhere;" and suggests Jews and the state of

---

[3] *See* https://haam.org/disloyal-fascists-come-to-ucla/.

Israel control the politics of other governments and attempt to influence "Westerners."

33.     The FBI conducted an open source search and located an article entitled, "Here's the Nazis Who Toppled The Monolith."[4] In this article, posted January 8, 2021, SECOR was found to be active on DLive, a video live-streaming service built on blockchain technology used by other defendants at the Capitol riot, under the alias "Scuffed Elliot Rodger." This alias is believed to be a reference to the 2014 Isla Vista Mass Murderer and University of California, Santa Barbara student who fatally stabbed his three roommates. This article shows a photo of SECOR with a person identified as Person 2, aka "CultureWarCriminal," posing in front of a wooden cross. Person 2 is widely reported to be a member of the Groypers.

## CONCLUSIONS OF AFFIANT

34.     Based on the foregoing, your affiant submits that there is probable cause to believe that SECOR violated:

     e.   18 U.S.C. § 111, § 2, which makes it unlawful to forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer or employee of the United States while engaged in or on account of the performance of official duties and aid and abet others known and unknown to do the same;

     f.   18 U.S.C. § 231(a)(3), § 2, which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity

---

[4] *See* https://leftcoastrightwatch.org/2021/01/heres-the-nazis-who-toppled-that-monolith/.

in commerce or the conduct or performance of any federally protected function, and aid and abet others known and unknown to do the same. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes;

g.   18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings;

h.   18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

i.   40 U.S.C. § 5104(e)(2)(A), (B), (C), (D), and (G), which makes it a crime to willfully

and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (C) with the intent to disrupt the orderly conduct of official business, enter or remain in a room in any of the Capitol Buildings set aside or designated for the use of— (i) either House of Congress or a Member, committee, officer, or employee of Congress, or either House of Congress; or (ii) the Library of Congress; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

35.    As such, I respectfully request that the court issue an arrest warrant for SECOR.

The statements above are true and accurate to the best of my knowledge and belief.

_____
SPECIAL AGENT BENJAMIN A. ELLIOTT
FEDERAL BUREAU OF INVESTIGATION


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th day of February, 2021.

2021.02.13
09:40:56 -05'00'

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE