## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Christian Alexander Secor<br>Defendant. | Southern Division<br><br>Case #: 8:21-MJ-00106-DUTY<br>Initial App. Date: 02/16/2021<br>Time: 2:00 PM<br><br>Date Filed: 02/16/2021<br>Violation: 18 USC 1512(c)(2); 18 USC 111(a)(1); 18 USC 231(a)(3); 18 USC 1752(a)(1) and (2); 40 USC 5104(e)(2)<br>CourtSmart/Reporter: Court Reporter: Debbie Gale | Out of District<br>Affidavit<br>Custody |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: John D. Early**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**   Maria G. Barr   —   Ali Moghaddas   —   / None

*Deputy Clerk*   *Assistant U.S. Attorney*   *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing, and ☑ removal hearing / Rule 20.

☑ Defendant states true name is as charged.

☑ Attorney: James Drake ☑ Retained

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Court ORDERS defendant Held to Answer to District of Columbia
☑ Warrant of removal and final commitment to issue.

☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: Defendat executed Waiver of Rights in open Court. Defendant duly waived arrival of process, duly waived identity hearing, duly waived preliminary hearing before Judge Early but requested same in charging district.

Deputy Clerk Initials: mba
01 : 12