FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America PLAINTIFF v. Christian Alexander Secor DEFENDANT(S). | CASE NUMBER 8:21-MJ-00106 DESIGNATION AND APPEARANCE OF COUNSEL |
|---|---|

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **James F. Drake IV**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

Date: 2-16-21

Defendant's Signature: _Signed on behalf of defendant_

City and State: Santa Ana, CA

## APPEARANCE OF COUNSEL

I, **James F. Drake IV**, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

Date: 2-16-21

Attorney's Signature: [signature]

California State Bar Number: 301178

Street Address: 620 Newport Center Drive Ste 1100

City, State, Zip Code: Newport Beach CA 92660

Telephone Number: 833.372.5354

Fax Number: 833.372.5354

E-mail Address: info@drakelg.com

CR-14 (01/07)      DESIGNATION AND APPEARANCE OF COUNSEL