| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | TRANSCRIPT ORDER FORM<br>Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.) | COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| 1a. Contact Person for this Order: laura secor | 2a. Contact Phone Number: 714-397-2521 | 3a. Contact E-mail Address: laurasecor@gmail.com |
| 1b. Attorney Name (if different): Brandi Harden | 2b. Attorney Phone Number: 202 390 0374 | 3b. Attorney E-mail Address: |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

| 5. Name & Role of Party Represented | non |
|---|---|
| 6. Case Name | USA v. Secor |
| 7a. District Court Case Number | 8:21-00106  8:21-mj-00106 |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Gale

9. THIS TRANSCRIPT ORDER IS FOR: [ ] Appeal  [x] Non-Appeal  |  [x] Criminal  [ ] Civil  |  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/21 | Early | minutes over rest | ● | ○ | ○ | ○ | ○ | ○ | ○ | DAILY (Next day) |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 2/22/21   Signature: Laura Secor

G-120 (06/18)