

FILED
CLERK, U.S. DISTRICT COURT
02/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br>CHRISTIAN SECOR<br>Defendant(s). | CASE NUMBER:<br>8:21-MJ-00106-DUTY<br><br>~~(PROPOSED)~~ **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__CHRISTIAN SECOR__   Plaintiff   **X** Defendant   Other _____
*Name of Party*

to substitute __KATHERINE CORRIGAN__ who is

**X**  Retained Counsel     Counsel appointed by the Court (Criminal cases only)   Pro Se

Corrigan Welbourn & Stokke, APLC, 4100 Newport Place, Suite 550
*Street Address*

Newport Beach, CA 92660                    kate@cwsdefense.com
*City, State, Zip*                          *E-Mail Address*

949-251-0330            949-251-1181            132226
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of __James Drake IV__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   **X GRANTED**   **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __February 26, 2021__        JOHN D. EARLY
                                    ~~U.S. District Judge~~/U.S. Magistrate Judge

G-01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**