Katherine Corrigan, SBN 132226
Corrigan Welbourn & Stokke, APLC
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Tel.: 949-251-0330
Fax: 949-251-1181
Email: kate@cwsdefense.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. | 8:21-MJ-00106-DUTY |
| CHRISTIAN SECOR | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant CHRISTIAN SECOR that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge JOHN EARLY _____ by order dated: FEBRUARY 16, 2021

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
The Defendant's passport has been located and is ready for surrender. The Defendant's parents are willing to each sign appearance bonds of up to $150,000.00 each. The properties previously identified are outside the district. The Defendant is willing to abide by restrictions and conditions imposed by the Court, such as electronic location monitoring, home detention, curfew and travel restrictions. Defendant's mother's residence remains available to Defendant to reside.

Relief sought *(be specific)*:
Release Defendant on unsecured bond of $300,000.00 ($150,000.00 per parent), with location monitoring and home confinement and curfew. Limit travel to the Central District of California, Montana and the District of the District of Columbia. Imposition of limitation on use of electronic devices and social media. Surrender passport, which is currently in the possession of defense counsel. Attend school and work, as directed by PSA.

Counsel for the defendant and plaintiff United States Government consulted on _____ and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☑ USM ☐ Probation on 3-1-21 _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

3-2-2021
Date

Moving Party *(signature)*