```
TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
PAUL C. LeBLANC (Cal. State Bar No. 319862)
TERRORISM AND EXPORT CRIMES
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, CA 92701
     Telephone:  (714) 338-3537
     Facsimile:  (714) 338-3708
     Email: paul.leblanc@usdoj.gov

ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1786
     Facsimile: (213) 894-0000
     E-mail:    ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | No. 8:21-MJ-00106    |
|--------------------------------|----------------------|
|         Plaintiff,             | NOTICE OF APPEARANCE |
|              v.                |                      |
| CHRISTIAN ALEXANDER SECOR,     |                      |
|         Defendant.             |                      |

   Plaintiff United States of America, hereby advises the Court that the above-captioned case has been assigned to the following Assistant United States Attorneys ("AUSA"):

|                      | Name         | E-Mail Address           |
|----------------------|--------------|--------------------------|
| Newly Assigned AUSA  | Paul LeBlanc | paul.leblanc@usdoj.gov   |

| Newly Assigned AUSA | Ali Moghaddas | ali.moghaddas@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSAs are associated with this case and receive all e-mails relating to filings in this case.

Dated: March 2, 2021               Respectfully submitted,

                                   TRACY L. WILKISON
                                   Acting United States Attorney

                                   CHRISTOPHER D. GRIGG
                                   Assistant United States Attorney
                                   Chief, National Security Division


                                         /s/
                                   PAUL LeBLANC
                                   ALI MOGHADDAS
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA